IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL ADRIAN, | : | Civil Action No. 3:12-CV-2585 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MATTHEW PAUL WILLIAMS, FREELAND BOROUGH POLICE DEPARTMENT, | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

May 23, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the January 10, 2013 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 5. No objections have been filed.

Plaintiff filed a Motion for Default Judgment on March 7, 2013. ECF No. 8. This motion will be denied as premature as defendants have not yet been served with process.

Plaintiff also sent a letter asking if the undersigned is related to the individual defendant. Plaintiff can rest assured that Matthew W. Brann is not

1

related to Matthew Paul Williams, despite sharing a first name.

Because this Court agrees with Judge Blewitt's analysis the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's January 10, 2013 Report and Recommendation is ADOPTED in full. ECF No. 5.

2. Plaintiff's Motion for a Default Judgment is DENIED. March 7, 2013, ECF No. 8.

3. The action is remanded to Magistrate Judge Blewitt for further proceedings.

                                                          s/ Matthew W. Brann
                                                          Matthew W. Brann
                                                          United States District Judge