IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL ADRIAN, | : | Civil Action No. 3:12-CV-2585 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MATTHEW PAUL WILLIAMS, FREELAND BOROUGH POLICE DEPARTMENT, | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

October 8, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the September 4, 2013 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 23. No objections have been filed.

Because this Court agrees with Judge Blewitt's analysis the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

1

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's September 4, 2013 Report and Recommendation is ADOPTED in full. ECF No. 23.

2. Defendant's July 17, 2013 Motion to Dismiss is DENIED as Moot. ECF No. 18.

3. The action is DISMISSED with prejudice.

4. The clerk is directed to close the case file.

                                                s/ Matthew W. Brann
                                                Matthew W. Brann
                                                United States District Judge